IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18-CV-01934-NJ |
| | ) | |
| v. | ) | |
| | ) | |
| ARVIND AHUJA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINAL JOINT STATUS REPORT

Pursuant to the Court's Order Granting Second Joint Motion for Stay (Docket # 43), the parties submit the following joint status report:

1.     On December 4, 2019, the Court stayed all proceedings in this case. (Order Granting Joint Mot. for Stay, Docket No. 36.)

2.     On December 10, 2019, the parties entered into a settlement agreement to resolve this litigation. (First Joint Status Report, Docket No. 37.) The parties subsequently notified the Court that consummating the this agreement may take up to 10 months. (*Id.*)

3.     On September 30, 2020, the parties notified the Court that the COVID-19 pandemic prevented them from consummating their initial settlement agreement as planned, and that on September 21, 2020, an authorized delegate Attorney General approved modifications to the December 10, 2019 settlement agreement ("the modified settlement agreement"). (Fifth Joint Status Report, Docket No. 42.)

4.     Also on September 30, 2020, the parties moved the Court to extend the stay of all proceedings in this case until April 5, 2021, so they could continue their efforts to consummate the modified settlement agreement. (Second Joint Mot. for Stay, Docket No. 41.) The Court

granted the motion and ordered the parties to file a final joint status report by February 10, 2021. (Order Granting Second Joint Mot. for Stay, Docket No. 43.)

5.     There are no matters requiring the Court's attention at this time. The parties request that the stay remain in effect so they may continue their efforts to consummate the modified settlement agreement. Should the Court have any questions about this joint status report or the status of this case, undersigned counsel are available for a status conference at the Court's convenience.


Dated: February 10, 2020

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/*James F. Bresnahan II*
JAMES F. BRESNAHAN II (VA Bar 80164)
**Attorney for Plaintiff United States of America**
Tax Division, U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
**Telephone:** (202) 616-9067
**Fax:** (202) 514-6770
**Email:** james.f.bresnahan@usdoj.gov


*/s/ Shannon A. Allen*
Shannon A. Allen (SBN 1024558)
**Attorney for Defendant Arvind Ahuja**
DeWitt LLP
13845 Bishop's Drive, #300
Brookfield, WI 53005
**Telephone:**  (262) 754-2840
**Facsimile:**   (262) 754-2845
**Email:**  saa@dewittross.com