IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:18-CV-01934-NJ |
| v. | |
| ARVIND AHUJA, | |
| Defendant. | |

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff United States and defendant Arvind Ahuja, through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that the above-captioned action be dismissed with prejudice, with the parties bearing their own respective costs, including any possible attorney fees or other litigation expenses.

//
//
//
//
//
//
//
//
//
//
//

Dated: May 4, 2021

DAVID A. HUBBERT
Acting Assistant Attorney General

/s/*James F. Bresnahan II*
JAMES F. BRESNAHAN II (VA Bar 80164)
**Attorney for Plaintiff United States of America**
Tax Division, U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
**Telephone:** (202) 616-9067
**Fax:** (202) 514-6770
**Email:** james.f.bresnahan@usdoj.gov


*/s/ Shannon A. Allen*
Shannon A. Allen (SBN 1024558)
**Attorney for Defendant Arvind Ahuja**
DeWitt LLP
13845 Bishop's Drive, #300
Brookfield, WI 53005
**Telephone:** (262) 754-2840
**Facsimile:** (262) 754-2845
**Email:** saa@dewittross.com